ALLAN PAGNI ET AL. *v.* PHYLLIS CORNEAL ET AL.,
COEXECUTRICES (ESTATE OF MILDRED BROWNING)

The defendants' petition for certification for appeal
from the Appellate Court, 13 Conn. App. 468, is denied.

*William J. Anastasi,* in support of the petition.

*David E. Wyskiel,* in opposition.

Decided April 5, 1988

THE STOP AND SHOP COMPANIES, INC. *v.*
TOWN OF EAST HAVEN

The plaintiff's petition for certification for appeal
from the Appellate Court, 13 Conn. App. 393, is
granted, limited to the issue: "Does General Statutes
§ 12-71 (b) permit a town to assess personal property
on the basis of annual valuation when real property is
assessed on the basis of a decennial revaluation?"

*Christopher M. Reeves,* in support of the petition.

Decided April 5, 1988

PARKVIEW PAVING COMPANY, INC. *v.*
CITY OF NEW HAVEN ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 13 Conn. App. 574, is denied.

*Steven B. Kaplan,* in support of the petition.

*H. Gordon Hall,* in opposition.

Decided April 15, 1988